**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Clifton Elias HOWARD, III, Defendant–Appellant.**

No. 08–10307.

United States Court of Appeals, Ninth Circuit.

---

* The Honorable, Richard Mills, Senior United States District Judge for the Central District of Illinois, sitting by designation.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

Dawrence Wayne Rice, Jr., Esquire, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Clifton Elias Howard, III, Adelanto, CA, pro se.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Clifton Elias Howard, III appeals from the district court's denial of his request for investigatory and expert services under 18 U.S.C. § 3006A(e)(1). We dismiss because the district court's denial without prejudice was not a final, appealable order and the issue is now moot.

At the time of the request at issue, Howard had not filed a timely 28 U.S.C. § 2255 motion raising any claims for relief. The district court denied the request on the ground that it was unable to make a finding that the requested services were necessary, as required by statute. The denial was without prejudice, and a review of the district court's docket in case number CR–04–05234 discloses that Howard has subsequently filed a § 2255 motion collaterally attacking his conviction, along with a new request for expert and investigatory services.

The district court's denial without prejudice of Howard's request under section § 3006A was not a final order conferring appellate jurisdiction upon this court. *See* 28 U.S.C. § 1291. Further, Howard's subsequent request renders this appeal moot.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.